UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHELAGH WILLIAMS,                              No. 07-12862

       Plaintiff,                              District Judge Arthur J. Tarnow

v.                                                          Magistrate Judge R. Steven Whalen

DETROIT PUBLIC SCHOOLS AND THE
BOARD OF EDUCATION, ET.AL.,

       Defendants.
_____/

**ORDER**

Pursuant to and under the terms of the stipulation of counsel placed on the record on January 8, 2009, Plaintiff's Motion to Compel Discovery [Docket #20] is GRANTED. The time-frame of the discovery material requested shall be 2002 to the present, and shall indicate the date of hire of each individual.  Defendant shall produce the discovery on or before January 16, 2009.

       SO ORDERED.


                                         S/R. Steven Whalen
                                         R. STEVEN WHALEN
                                         UNITED STATES MAGISTRATE JUDGE

Dated:  January 8, 2009

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on January 8, 2009.

                                                s/Gina Wilson
                                                Judicial Assistant